# Court of Appeals
# of the State of Georgia

ATLANTA, _May 06, 2024_

*The Court of Appeals hereby passes the following order:*

**A24A1192. IN THE INTEREST OF L. A. D. H., A CHILD (FATHER).**

The juvenile court terminated the parental rights of the mother, legal father, and putative father of L. A. D. H. The putative father filed a motion for new trial, which the juvenile court denied. The putative father then filed a notice of appeal, resulting in the docketing of this direct appeal. He also filed an application for discretionary appeal, which this Court granted. See Case No. A24D0263 (Mar. 21, 2024). Thereafter, the putative father filed a second notice of appeal, resulting in the docketing of a second direct appeal — Case No. A24A1268.[1] Because the putative father's two pending direct appeals are identical, this appeal is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/06/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The mother also filed a motion for new trial, which the juvenile court denied, and an application for discretionary appeal, which we granted. See Case No. A24D0262 (Mar. 21, 2024). Her direct appeal has been docketed as Case No. A24A1232.